KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
05 JUN -8 PM 2:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>THOMAS KEITH CASEBEER,<br><br>    Defendant. | No. CR 3-05-70327-EDL<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

    This matter came on the calendar of the Elizabeth D. Laporte on May 26, 2005 for identification of counsel and to set a removal hearing. Edward Swanson, Esq., made a general appearance on behalf of the defendant. The Court continued the matter until June 16, 2005 at 9:30 a.m. before the Honorable Maria Elena James for further status and to set a removal hearing.

    The parties requested an exclusion of time under the Speedy Trial Act from May 26 through June 16, 2005 on two bases. First, counsel for the defendant, Edward Swanson, Esq., will need time to review discovery which has not yet been provided from the District of Guam. Second, time is excludable based upon delay resulting from the transfer of a case or the removal

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1  of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).  The parties agree that the
2  time from May 26 through June 16, 2005 should be excluded in computing the time within which
3  trial shall commence.
4        Accordingly, the Court HEREBY ORDERS that the time from May 26 through June 16,
5  2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the
6  removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).  Additionally, the
7  Court HEREBY ORDERS that the time from May 26 through June 16, 2005 is excluded under
8  the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested
9  exclusion would deny the defendant reasonable time necessary for effective preparation, taking
10 into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds
11 that the ends of justice served by granting the requested exclusion outweigh the best interest of
12 the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
13 See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should
14 be made under 18 U.S.C. § 3161(h)(8)(A).
15 SO ORDERED.

17 DATED: June 7, 2005
                                    HONORABLE ELIZABETH D. LAPORTE
18                                     UNITED STATES ~~DISTRICT~~ JUDGE
                                    MAGISTRATE

20 Approved as to form:

22 *See fax signature*
23 EDWARD SWANSON
   Attorney for Defendant

25 MONICA FERNANDEZ
   Assistant United States Attorney

1  of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the
2  time from May 26 through June 16, 2005 should be excluded in computing the time within which
3  trial shall commence.
4      Accordingly, the Court HEREBY ORDERS that the time from May 26 through June 16,
5  2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the
6  removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). Additionally, the
7  Court HEREBY ORDERS that the time from May 26 through June 16, 2005 is excluded under
8  the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested
9  exclusion would deny the defendant reasonable time necessary for effective preparation, taking
10 into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds
11 that the ends of justice served by granting the requested exclusion outweigh the best interest of
12 the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
13 See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should
14 be made under 18 U.S.C. § 3161(h)(8)(A).
15 SO ORDERED.
16
17 DATED:
18                               HONORABLE ELIZABETH D. LAPORTE
19                               UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE
20 Approved as to form:
21
22 _[signature]_
   EDWARD SWANSON
23 Attorney for Defendant
24
25 MONICA FERNANDEZ
   Assistant United States Attorney
26
27
28
No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT         2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** in <u>United States v. Thomas Keith Casebeer</u>, Case No. CR 3-05-70327 EDL to be served upon the person(s) below at the place and address(es) which is the last known address:

<u>**Via U. S. Mail**</u>

**Edward Swanson, Esquire
Swanson and McNamara, LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 8, 2005 at San Francisco, California.

*Nancy L. Dick*
Nancy L. Dick
Legal Assistant

CR 3-05-70327 EDL