1   KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4   MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065

7   FAX: (415) 436-7234

8   Attorneys for Plaintiff

9

10

11

12

13

FILED

JUN 29  AM 10: 56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA,     )    No. CR 3-05-70327-EDL
                                  )

15       Plaintiff,              )    [PROPOSED] ORDER EXCLUDING
                                  )    TIME UNDER THE SPEEDY TRIAL ACT

16       v.                        )
                                  )

17   THOMAS KEITH CASEBEER,      )
                                  )

18       Defendant.            )
                                  )

19   _____ )

20       This matter came on the calendar of the Honorable Maria-Elena James on June 16, 2005

21   for status.  The Court continued the matter until June 29, 2005 at 9:30 a.m. for further status and

22   to set a removal hearing.

23       The parties requested an exclusion of time under the Speedy Trial Act from June 16

24   through June 29, 2005 on two bases.  First, counsel for the defendant, Edward Swanson, Esq.,

25   will need time to review discovery which has not yet been provided from the District of Guam.

26   Second, time is excludable based upon delay resulting from the transfer of a case or the removal

27   of a defendant from another district.  See 18 U.S.C. § 3161(h)(1)(G).  The parties agree that the

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1   time from June 16 through June 29, 2005 should be excluded in computing the time within

2   which trial shall commence.

3         Accordingly, the Court HEREBY ORDERS that the time from June 16 through June 29,

4   2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the

5   removal of a defendant from another district.  See 18 U.S.C. § 3161(h)(1)(G).  Additionally, the

6   Court HEREBY ORDERS that the time from May 26 through June 16, 2005 is excluded under

7   the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested

8   exclusion would deny the defendant reasonable time necessary for effective preparation, taking

9   into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds

10  that the ends of justice served by granting the requested exclusion outweigh the best interest of

11  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

12  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should

13  be made under 18 U.S.C. § 3161(h)(8)(A).

14  SO ORDERED.

15

16  DATED: *June 28, 2005*

                                NANDOR VADAS

17                  HONORABLE ~~MARIA-ELENA JAMES~~
                UNITED STATES DISTRICT JUDGE

18

19  Approved as to form:

20

21  EDWARD SWANSON

22  Attorney for Defendant

23

24  MONICA FERNANDEZ
    Assistant United States Attorney

25

26

27

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT        2