KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
05 JUL -5 PM 1: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS KEITH CASEBEER, <br><br> Defendant. | No. CR 3-05-70327-EDL <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

This matter came on the calendar of the Honorable Nandor J. Vadas on June 29, 2005 for status. The Court continued the matter until July 20, 2005 at 9:30 a.m. for further status and to set a removal hearing.

The parties requested an exclusion of time under the Speedy Trial Act from June 29 through July 20, 2005 on two bases. First, counsel for the defendant, Edward Swanson, Esq., will need time to review discovery which has not yet been provided from the District of Guam. Second, time is excludable based upon delay resulting from the transfer of a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1 | time from June 29 through July 20, 2005 should be excluded in computing the time within which
2 | trial shall commence.
3 |       Accordingly, the Court HEREBY ORDERS that the time from June 29 through July 20,
4 | 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the
5 | removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). Additionally, the
6 | Court HEREBY ORDERS that the time from June 29 through July 20, 2005 is excluded under
7 | the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested
8 | exclusion would deny the defendant reasonable time necessary for effective preparation, taking
9 | into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds
10 | that the ends of justice served by granting the requested exclusion outweigh the best interest of
11 | the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
12 | See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should
13 | be made under 18 U.S.C. § 3161(h)(8)(A).
14 | SO ORDERED.

DATED: 6-30-05

_____
HONORABLE NANDOR J. VADAS
UNITED STATES DISTRICT JUDGE

MARIA-ELENA JAMES

Approved as to form:

_____
EDWARD SWANSON
Attorney for Defendant

_____
MONICA FERNANDEZ
Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT      2