1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )    No. CR 3-05-70327-EDL
                                       )
15         Plaintiff,                  )    [PROPOSED] ORDER EXCLUDING
                                       )    TIME UNDER THE SPEEDY TRIAL ACT
16      v.                             )
                                       )
17  THOMAS KEITH CASEBEER,             )
                                       )
18         Defendant.                  )
                                       )
19  _____)

20         This matter came on the calendar of the Honorable Nandor J. Vadas on July 20, 2005 for

21  status. The Court continued the matter until September 6, 2005 at 9:30 a.m. for further status and

22  to set a removal hearing or for disposition under Rule 20.

23         The parties requested an exclusion of time under the Speedy Trial Act from July 20

24  through September 6, 2005 on two bases. First, counsel for the defendant, Edward Swanson,

25  Esq., will need time to review additional discovery which has not yet been provided from the

26  District of Guam. Second, time is excludable based upon delay resulting from the transfer of a

27  case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1    parties agree that the time from July 20 through September 6, 2005 should be excluded in

2    computing the time within which trial shall commence.

3         Accordingly, the Court HEREBY ORDERS that the time from July 20 through

4    September 6, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of

5    a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).

6    Additionally, the Court HEREBY ORDERS that the time from July 20 through September 6,

7    2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure

8    to grant the requested exclusion would deny the defendant reasonable time necessary for

9    effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

10   3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested

11   exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the

12   prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore

13   concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

14   SO ORDERED.

15

16   DATED:

                                    _____
17                                  HONORABLE NANDOR J. VADAS
                                    UNITED STATES DISTRICT JUDGE

18

19   Approved as to form:

20

21   _See fax signature_

     EDWARD SWANSON
22   Attorney for Defendant

23

24   MONICA FERNANDEZ
     Assistant United States Attorney
25

26

27

28

     No. CR 3-05-70327-EDL
     [PROPOSED] ORDER EXCLUDING TIME
     UNDER THE SPEEDY TRIAL ACT              2

1   parties agree that the time from July 20 through September 6, 2005 should be excluded in

2   computing the time within which trial shall commence.

3          Accordingly, the Court HEREBY ORDERS that the time from July 20 through

4   September 6, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of

5   a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).

6   Additionally, the Court HEREBY ORDERS that the time from July 20 through September 6,

7   2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure

8   to grant the requested exclusion would deny the defendant reasonable time necessary for

9   effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

10  3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested

11  exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the

12  prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore

13  concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

14  SO ORDERED.

15

16  DATED: 8/2/05

17                                      HONORABLE NANDOR J. VADAS EDWARD
                                        UNITED STATES DISTRICT JUDGE   M. CHEN
18

19  Approved as to form:

20

21
    EDWARD SWANSON
22  Attorney for Defendant

23

24  MONICA FERNANDEZ
    Assistant United States Attorney
25

26

27

28
    No. CR 3-05-70327-EDL
    (PROPOSED) ORDER EXCLUDING TIME
    UNDER THE SPEEDY TRIAL ACT                    2