KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-05-70327-EDL |
| Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| THOMAS KEITH CASEBEER, ) | |
| Defendant. ) | |

This matter came on the calendar of the Honorable Nandor J. Vadas on October 4, 2005 for status. The Court continued the matter until November 4, 2005 at 9:30 a.m. for further status and to set a removal hearing or for disposition under Rule 20.

The parties requested an exclusion of time under the Speedy Trial Act from October 4 through November 4, 2005 as delay resulting from the transfer of a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the time from October 4 through November 4, 2005 should be excluded in computing the time within which trial shall commence.

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1    Accordingly, the Court HEREBY ORDERS that the time from October 4 through
2 November 4, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of
3 a case or the removal of a defendant from another district.  See 18 U.S.C. § 3161(h)(1)(G).  SO
4 ORDERED.

6 DATED: 10/24/05

                                                   HONORABLE NANDOR J. VADAS
7                                                    UNITED STATES MAGISTRATE JUDGE

9 Approved as to form:

11 /s/ Edward Swanson
   EDWARD SWANSON
12 Attorney for Defendant

14 /s/ Monica Fernandez
   MONICA FERNANDEZ
   Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT    2