1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234
       E-mail: Monica.L.Fernandez@usdoj.gov
8
9  Attorneys for Plaintiff
10
11
12                 UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14                 SAN FRANCISCO DIVISION
15
16
17 UNITED STATES OF AMERICA,          )   No. 3-05-70327 EDL
                                      )
18         Plaintiff,                 )   STIPULATION TO CONTINUE STATUS
                                      )   DATE; [PROPOSED] ORDER
19     v.                             )
                                      )   Date:  January 30, 2006
20 THOMAS KEITH CASEBEER,             )   Time:  9:30 a.m.
                                      )
21         Defendant.                 )
                                      )
22 _____)

23     The parties hereby stipulate as follows:

24     The defendant, Thomas Casebeer, is scheduled to appear before this Court on January 30,

25 2006, for status on this case which is being transferred from the District of Guam pursuant to

26 Rule 20. The parties have received e-filing notices stating that the file has been transferred. The

27 parties intend to go forward with a change of plea following the filing of a superseding

28

No. 3-05-70327 EDL
STIP. TO CONT. STATUS DATE;
[PROPOSED] ORDER

1  information in this district.  For several reasons, the parties will not be ready to go forward on
2  January 30.  First, Mr. Swanson will be in Los Angeles on January 30.  Second, the case agent,
3  SA Brent Burmester, left ICE on January 20, 2006.  This case needs to be reassigned to a new
4  agent.  Third, the U.S. Postal Inspection Service's forensics laboratory was assisting ICE in
5  analyzing the defendant's computer.  The review of the computer has not been completed.
6          Therefore, the parties hereby stipulate to continue the status date to February 14, 2006 at
7  9:30 a.m. before the Honorable Maria-Elena James.  The parties expect that Mr. Casebeer will be
8  arraigned on a superseding information on February 14, 2006.
9          In light of the unavailability of defense counsel on January 30, 2006, and the need for
10 government counsel to review the evidence and prepare a superseding information, the parties
11 stipulate that time between January 30 and February 14, 2006 should be excluded under the
12 Speedy Trial Act for effective preparation and continuity of counsel.  See 18 U.S.C. §§
13 3161(h)(8)(A) and (B)(iv).
14         IT IS SO STIPULATED.
15
16 DATED: January 25, 2006            Respectfully submitted,
17                                    KEVIN V. RYAN
                                       United States Attorney
18
19
                                        /s/ Monica Fernandez
20                                     MONICA FERNANDEZ
                                       Assistant United States Attorney
21
22
23 DATED: January 25, 2006             /s/ Edward Swanson
                                       EDWARD SWANSON, ESQ.
24                                     Counsel for Defendant Casebeer
25
26
27
28

No.  3-05-70327 EDL
STIP. TO CONT. STATUS DATE;
[PROPOSED] ORDER                    2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, the status date is continued until February 14, 2006 at |
| 3 | 9:30 a.m. before the Honorable Maria-Elena James. |
| 4 | The Court HEREBY ORDERS that the time from January 30 through February 14, 2006 |
| 5 | is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to |
| 6 | grant the requested exclusion would deny the defendant continuity of counsel and the |
| 7 | government reasonable time necessary for effective preparation, taking into account the exercise |
| 8 | of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court further finds that the ends of |
| 9 | justice served by granting the requested exclusion outweigh the best interest of the public and the |
| 10 | defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § |
| 11 | 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should be made under |
| 12 | 18 U.S.C. § 3161(h)(8)(A). |
| 13 | IT IS SO ORDERED. |
| 15 | DATED: January 26, 2006 |
| 16 | HONORABLE JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE |

No. 3-05-70327 EDL
STIP. TO CONT. STATUS DATE;
[~~PROPOSED~~] ORDER                    3